# UNITED STATES DISTRICT COURT
for the

__Middle__ District of __Florida__

__Tampa__ Division

Timothy La'Mar Hoover

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Lowe's Inc.

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 8:21-cv-2291-TPB-SPF
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [✓] Yes [ ] No

FILED 2021 SEP 28 PM 3:53 CLERK, US DISTRICT COURT MIDDLE DISTRICT FLORIDA TAMPA, FLORIDA

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Timothy Hoover
   Street Address: 4066 Vista Del Lago Dr.
   City and County: Winter Haven - Polk
   State and Zip Code: Florida - 33881
   Telephone Number: (863) 280-1749
   E-mail Address: Lhoover0227@gmail.com

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name: Lowe's Home Improvement

    Job or Title (if known):

    Street Address: 700 3rd Street S.W, 490 Citi Centre St

    City and County: Winter Haven - Polk

    State and Zip Code: Florida - 33880

    Telephone Number: (863) 299-2819

    E-mail Address (if known):

Defendant No. 2

    Name:

    Job or Title (if known):

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address (if known):

Defendant No. 3

    Name:

    Job or Title (if known):

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address (if known):

Defendant No. 4

    Name:

    Job or Title (if known):

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address (if known):

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Lowe's Home Improvement |
| Street Address | 700 3rd Street S.W, 490 Citi Centre St |
| City and County | Winter Haven - Polk |
| State and Zip Code | Florida - 33880 |
| Telephone Number | (863) 299-2819 |

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*See attached*

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☑ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☐ Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

*April 2019, November 21, 2019*

C. I believe that defendant(s) *(check one)*:
- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race — *African American*
- ☐ color
- ☐ gender/sex
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ (only when asserting a claim of age discrimination.)
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

*See attached*

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

03/06/2020

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 07/16/2021.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. See attached

## Claim #1

On November 19, 2019, I was called to the back to sit down with the Loss Prevention Manager. Once we sat down, he explained to me there was an ongoing investigation, dealing with improper use of employee discounts and markdowns of drinks. He asked me to verify purchases I made using my employee discount card. He went on to explain how these transactions were a loss to the company. I explained to him that the cashier changed the price of the items, then I used my discount card before paying for the drink.

I also explained that our previous Loss Prevention Manager encouraged us to use our discount card with all purchases, unless advised by management not to. Furthermore I told him being with the company 8yrs I would not jeopardize the ability to provide for my family being the only source of income. Also in the 8yrs of employment I was never disciplined or had any write-ups. He then proceeded to tell me I was suspended until the investigation was over. Approximately two day later on Nov. 21st 2019 I was informed I was terminated.

The two caucasian cashiers that were photographed ringing up the drinks and changing the price were not terminated.

Claim #2

On two seperate occasions I applied for management positions on the sales floor. The first opportunity I applied and was not given an interview. The position was awarded to a caucasian male with previous managerial experience. Sometime later another opportunity came for me to apply for management. I was given an interview only for it to go to another caucasian male.

The caucasian male had less experience, multiple write-ups, and no managerial experience. This individual had help from his store manager who spoke up for him to get the promotion. The manager who spoke up for him was friends with the store manager from my store who hired him. Also the caucasion male had multiple write-ups while I had none. After getting the management position, the caucasian male was written-up once again, this time he was able to transfer back to his original store before becoming a manager.

The continued discrimination and unethical behaviors from this company have held me down for 8 yrs.

## Damages

The damages I'm seeking are as follows, $65,203.20 is the hourly rate $16.98 multiplied by the full-time hours I would have worked the 24 months since my termination. I'm seeking pain and suffering in the same amount of $65,203.20 from the emotions and grief of losing my employment and being the only source of income for my family. Punitive damages in the amount of $500,000 for the negligence and misconduct of my termination.

## Facts

- Cashiers were negligent in changing prices
- Cashiers were negligent in allowing me to use discount card.
- Other employees were not aware of policy regarding discounts and discount card
- Manager warned other employees of policy regarding discount card / had meeting to go over policy

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-28-2021

Signature of Plaintiff: *Timothy Hoover*
Printed Name of Plaintiff: Timothy Hoover

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____